**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| Andrew Love,<br><br>                    Plaintiff,<br>v.<br><br>Fair Collections & Outsourcing, Inc.; and<br>DOES 1-10, inclusive,<br><br>                    Defendant. | Civil Action No.:  8:12-cv-00839-JFM |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.  The Plaintiff hereby respectfully requests above-entitled Court to enter Rule 111 Order.

Dated: September 26, 2012

       Respectfully submitted,
       By  /s/ Forrest E. Mays
       Forrest E. Mays (Bar No. 07510)
       1783 Forest Drive, Suite 109
       Annapolis, MD  21401
       Telephone: (410) 267-6297
       Facsimile: (410) 267-6234
       Email: mayslaw@mac.com

       Of Counsel To
       LEMBERG & ASSOCIATES L.L.C.
       A Connecticut Law Firm
       1100 Summer Street, 3rd Floor
       Stamford, CT 06905
       Telephone: (203) 653-2250

Facsimile: (203) 653-3424
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Forrest E. Mays_____

      Forrest E. Mays